PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANSHAN LI, | CASE NO. 2:23-CV-00111-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b)** |
| v. | |
| ALEJANDRO N. MAYORKAS, ET AL., | |
| Defendants. | |

    This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 60 days of the order of remand.

///
///
///
///
///
///
///

1

Respectfully submitted,

Dated:  March 7, 2023                              PHILLIP A. TALBERT
                                                  United States Attorney

                                            By:  /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
                                                 Assistant United States Attorney


                                                 /s/ JUSTIN X. WANG
                                                 JUSTIN X. WANG
                                                 Counsel for Plaintiff


## ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 60 days.

Dated: March 8, 2023                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE